Babak Hashemi, Esq. (State Bar No. 263494)
**THE LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch St., Suite 200
Newport Beach, CA 92660
Tel: (949) 464-8529
Fax: (949) 259-4548
Email: BabakHashemiLaw@gmail.com
Attorneys for Plaintiff
JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WIENERSCHNITZEL, a business of unknown form; CORRIDOR LAND COMPANY, a California corporation; TECOLOTE RESOURCES, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.:** 5:20-cv-01551-SB-KK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)A(ii)** |

IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that:

1.    The Parties have reached a settlement that includes a confidentiality provision;

2.    The Complaint and action asserted by Plaintiff will be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3.    The Parties will bear their own respective costs and attorneys' fees.

///

-1-

1  Dated: April 20, 2021          **LAW OFFICES OF BABAK HASHEMI, ESQ.**

2

3                                  By: _/s/ Babak Hashemi_
                                        Babak Hashemi, Esq.
4                                       Attorney for Plaintiff

5

   Dated: April 20, 2021          **BOWER & ASSOCIATES, APLC**
6
                                   By: _/s/ Jeffrey David Montez_
7                                       Jeffrey David Montez
                                        Attorneys for Defendants,
8                                       CORRIDOR LAND COMPANY and
                                        TECOLOTE RESOURCES, INC.,
9

10

11

12

13

14          Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories

15  listed above, and on whose behalf this filing is submitted, concur in the filing's

16  content and have authorized the filing.

17     DATED:  April 21, 2021        **LAW OFFICES OF BABAK**
                                      **HASHEMI, ESQ.**
18

19                                    By_: /s/ Babak Hashemi_
20                                       Babak Hashemi

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER
FED. R. CIV. P. 41(a)(1)