JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WIENERSCHNITZEL, a business of unknown form; CORRIDOR LAND COMPANY, a California corporation; TECOLOTE RESOURCES, INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | **Case No.:** 5:20-cv-01551-SB-KK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

　　Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is Dismissed with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: April 23, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**
1